**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

KRISTY GREEN                                                                          PLAINTIFF

v.                                              No. 2:16CV00058 JLH

CITY OF HUGHES, ARKANSAS;
GRADY COLLUM, Mayor, in his official and
individual capacity; THOMAS CAMPBELL, in his
official capacity as City Council Member;
IRENE COMBS, in her official capacity as City
Council Member; MALCOLM CURNE, in his
official capacity as City Council Member;
RUDOLPH ROBINSON, in his official capacity as
City Council Member; JON TATE, in his official
capacity as City Council Member; and
JESSE WHITE, in his official capacity as
City Council Member                                                              DEFENDANTS

**JUDGMENT**

Pursuant to the Opinion and Order entered separately today, judgment is entered in favor of

the defendants on the complaint of Kristy Green.  The complaint of Kristy Green is dismissed with

prejudice.

IT IS SO ORDERED this 17th day of May, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE